IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR576 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | OF COUNTS |
| JESUS BLANCO, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 1st day of June, 2005, this matter is before the Court on the United States' Motion for Dismissal of Counts (Filing No. 70).  The Court, being duly advised in the premises, finds said Motion should be sustained.

IT IS HEREBY ORDERED:

1. Leave of Court is granted for the United States to dismiss, without prejudice, Counts II and IV of the Indictment filed herein as to the Defendant, Jesus Blanco.

2. Counts II and IV of the Indictment filed herein are hereby dismissed, without prejudice, as they pertain to the Defendant, Jesus Blanco.

BY THE COURT:

s/ RICHARD G. KOPF
Judge, United States District Court